BB:as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

MAGISTRATE JUDGE
SNOW

IN RE: GRAND JURY 00-01 (FTL))
_____ )

### ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheets, Certificate of Trial Attorney, Warrant for Arrests, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrests be provided to the U.S. Marshal's Service and the Drug Enforcement Administration, until the defendants are arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of October, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE