AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

CLEMENTE ALEXIS

**WARRANT FOR ARREST**

CASE NUMBER **00 - 6293**

CR - FERGUSON

MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CLEMENTE ALEXIS__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__

__CLARENCE MADDOX__
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention__

__COURT ADMINISTRATOR\CLERK OF THE COURT__
Title of Issuing Officer

__October 5, 2000, Fort Lauderdale, Florida__
Date and Location

by __Barry S. Seltzer, United States Magistrate Judge__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ CLEMENTE ALEXIS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DRUG ENFORCEMENT ADMINISTRATION _____