# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: CLEMENTE ALEXIS (J)                    CASE NO:  00-6293-CR-FERGUSON

AUSA: BRUCE BROWN  *Jeff Kay*                ATTY:

AGENT: DEA                                   VIOL:  21:841(a)(1)

PROCEEDING:  I/A ON INDICTMENT              RECOMMENDED BOND:  PTD

BOND HEARING HELD - yes / no               COUNSEL APPOINTED:  *Howard Sreitzer*

BOND SET @: _____               To be consigned by: _____

FILED by _____ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: _____.
- ❑ Travel extended to: _____.
- ❑ Halfway House _____.

*Advised of Charges sworn for apptmt of Counsel*

*CJA to be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10/19 | 10 | SNOW | |
| PRELIM/ARRAIGN, OR REMOVAL: | 10/19 | 10 | SNOW | |
| STATUS CONFERENCE: | | | | |

DATE: 10/16/00    TIME: 11:00    FTL/LSS TAPE # 00 - 052    Begin: 693    End: 813

28