# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER: CR 00-6293 CR Ferguson | |
| Plaintiff ) | | |
| ) | | |
| -vs- ) | REPORT COMMENCING CRIMINAL | |
| ) | ACTION | |
| Clemente ALEXIS ) | | |
| Defendant | 55499-004 | |

*************************************************************

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
U.S. DISTRICT COURT              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 10/14/00    7:00    a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: 21 U.S.C. 841(a)(1) + 846; PWID Cocaine Crack Base & Conspiracy

(4) UNITED STATES CITIZEN:    (X)YES    ( )NO    ( )UNKNOWN

(5) DATE OF BIRTH: 11/21/1977

(6) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
[X] INDICTMENT    [ ] COMPLAINT    CASE # See Above
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SDFL
COPY OF WARRANT LEFT WITH BOOKING OFFICER?    [X]YES    [ ]NO

AMOUNT OF BOND:$ PTD    WHO SET BOND? Seltzer

(7) REMARKS: _____

(8) DATE: 10/16/00    (9) ARRESTING OFFICER R. Feliciano

(10) AGENCY DEA    (11) PHONE # 954 489 1740

(12) COMMENTS _____

*FILED by OCT 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*