*5/3/23*

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DEA, S/A ROBERT FELICIONI (954)489-1740

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CLEMENTE ALEXIS

## WARRANT FOR ARREST

CASE NUMBER: **00 - 6293**

TO:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CLEMENTE ALEXIS _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to distribute in excess of 5 grams of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

October 5, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-Trial Detention

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft Lauderdale, FL | | |
| DATE RECEIVED 10/5/2000 | NAME AND TITLE OF ARRESTING OFFICER James A Tassone, USM | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 10/16/2000 | | |