UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA

vs

CLEMENTE ALEXIS

FILED by OCT 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 19, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: __CUSTODY_____
                   _____

                   Telephone:_____

DEFENSE COUNSEL:   Name:____HOWARD GREITZER, ESQ._____

                   Address:_____
                   _____

                   Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __19TH___ day of __OCTOBER_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By:_____
                                       Deputy Clerk

                                    Tape No.____00-054_____

cc: Copy for Judge
    U. S. Attorney