UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NUMBER 00-6293-CR-FERGUSON
                                   MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/



**NOTICE OF UNAVAILABILITY**

    COMES NOW defense counsel, HOWARD L. GREITZER, and respectfully notifies the Court of the following:

    1. The undersigned will be unavailable due to his mandatory appearance before Honorable Circuit Court Judge Ilona M. Holmes for a specially-set trial in the matter styled <u>State Of Florida vs. Thomas McGinty, Case Number 99-10684CF10A</u> in the 17th Judicial Circuit In And For Broward County, Florida.

    2. On September 15, 2000, the Court ordered that the two-week trial commence on January 22, 2000.

    3. At the request of counsel for the State and counsel for the defendant, Judge Holmes specially set this matter for trial in



light of the numerous expert witnesses anticipated to be called to testify.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 13TH day of November, 2000 to: Bruce O. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Richard F. Della Fera, Attorney for Gary Williams, Entin & Margules, 200 E Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301; Michael G. Smith, Attorney for Damon Walters, 633 SE Third Avenue, Suite 4F, Fort Lauderdale, FL 33301; David Paul Hodge, Attorney for Curtis Jones, 727 NE 3rd Avenue, Suite 100, Fort Lauderdale, FL 33304.

>LYONS AND SANDERS CHARTERED
>Counsel for Defendant
>600 NE Third Avenue
>Fort Lauderdale, FL 33304
>Telephone: (954)467-8700
>Facsimile: (954)763-4856
>
>BY: _____
>HOWARD L. GREITZER
>FLORIDA BAR NO. 249505