UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NUMBER 00-6293-CR-FERGUSON
                                 MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

### MOTION FOR BILL OF PARTICULARS

COMES NOW the Defendant, CLEMENTE ALEXIS, by and through his undersigned counsel and respectfully moves this Honorable Court, pursuant to Rule 7(F) of the Federal Rules Of Criminal Procedure, for an Order directing the United States to furnish to counsel for the Defendant a complete bill of particulars with regard to the following information:

1. The exact date and manner by which the Defendant, CLEMENTE ALEXIS, is alleged to have joined the alleged conspiracy as charged in the Indictment.



2. The exact date and manner by which the Defendant, CLEMENTE ALEXIS, terminated his participation in the alleged conspiracy as charged in the Indictment.

3. The names of all persons known to the Government who entered and joined in the charged conspiracy at anytime during its existence. This request includes individuals who are working for or on behalf of the Government at the time of the alleged conspiracy's existence.

4. The names of all co-conspirators, not named in the Indictment, known to the attorney for the United State Government, and their roles in the alleged conspiracy as charged in the Indictment.

5. The particulars as to time, place, persons present and nature of the alleged overt acts of the Defendant in furtherance of the conspiracy to possess with the intent to distribute Schedule II controlled substances.

6. Whether the Defendant, during the duration of the conspiracy charged in the Indictment, met with and/or conversed with any persons affiliated with, or acting on behalf of, or working in cooperation with, any state or federal agency.

   A. As to each such agency list the exact location of such meeting or conversation;

   B. Who else, if anyone, was present?

   C. What the exact time of said meeting or conversation?

  7. The manner and means by which the Defendant conspired with others to unlawfully possess with the intent to distribute any controlled substance.

  8. Whether the Defendant either contacted or was contacted by any co-conspirator, whether indicted or not, by telephone or telegraphic means.

   A. If so, were any telephone calls recorded?

   B. If the Government possessed copies of any toll and/or telephone records?

   C. Where was the Defendant when his acts of participation or agreement, as alleged in the conspiracy as charged in Count I occurred?

  9. As to Count I, state the role which the Defendant was to occupy in the alleged conspiracy to possess with the intent to distribute any controlled substances.

  10. Count I of the Indictment alleges that the Defendant conspired with various individuals, however, at the time of the Detention Hearing in this cause, representatives of the Government were unable to set forth with any degree of specificity any purported Agreement or confederation between the various individuals to justify the finding that a conspiracy existed rather

than mere presence and/or association unrelated to a specific intention to combine and/or confederate in a conspiracy.

WHEREFORE, the Defendant, CLEMENTE ALEXIS, respectfully requests this Honorable Court to grant the relief as requested herein.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 14TH day of November, 2000 to: Bruce O. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Richard F. Della Fera, Attorney for Gary Williams, Entin & Margules, 200 E Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301; Michael G. Smith, Attorney for Damon Walters; David Paul Hodge, Attorney for Curtis Jones, 727 NE 3rd Avenue, Suite 100, Fort Lauderdale, FL 33304.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 NE Third Avenue
> Fort Lauderdale, FL 33304
> Telephone: (954)467-8700
> Facsimile: (954)763-4856
>
> BY: _____
> HOWARD L. GREITZER
> FLORIDA BAR NO. 249505

4