UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NUMBER 00-6293-CR-FERGUSON
                                    MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

### MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS AND MOTION TO ADOPT MARION MCLEOD'S MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS

    COMES NOW the Defendant, CLEMENTE ALEXIS, by and through his undersigned counsel and files this his request for additional time to file pre-trial Motions and to specifically adopt the Motion for Additional Time to File Pre-trial Motions as filed by Co-Defendant Marion McLeod, and as grounds therefor, states as follows:

    1. Motion for Additional Time filed by Marion McLeod, is consistent with the Defendant's intention to file a Motion to Dismiss the Indictment based on selective prosecution.



2. It has taken the various defendants more time than expected to conduct the statistical showing necessary to present the Motion.

3. That Defendant, CLEMENTE ALEXIS, would respectfully request additional time to file pre-trial Motions and be specifically permitted to adopt the Motion and the content of Mr. McLeod's heretofore filed Motion requesting the same relief and for the same reasons.

WHEREFORE, the Defendant, CLEMENTE ALEXIS, respectfully requests this Honorable Court grant additional time within which to file Pre-trial Motions and, further, to allow him to adopt Motions as filed by Defendant, MARION MCLEOD.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 7th day of December, 2000 to: Bruce O. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Richard F. Della Fera, Attorney for Gary Williams, Entin & Margules, 200 E Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301; Michael G. Smith, Attorney for Damon Walters; David Paul

Hodge, Attorney for Curtis Jones, 727 NE 3rd Avenue, Suite 100, Fort Lauderdale, FL 33304.

        LYONS AND SANDERS CHARTERED
        Counsel for Defendant
        600 NE Third Avenue
        Fort Lauderdale, FL 33304
        Telephone: (954)467-8700
        Facsimile: (954)763-4856

BY: _____
        HOWARD L. GREITZER
        FLORIDA BAR NO. 249505

3