

FILED by_____ D.C.

DEC 14 2000

CLARENCE MADDOX
CL'K U S. DIS., C.T.
S.U. of FLA Ft. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NUMBER 00-6293-CR-FERGUSON
                                   MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

### ORDER ON MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS AND MOTION TO ADOPT MARION MCLEOD'S MOTION FOR ADDITIONAL TIME TO FILE PRE-TRIAL MOTIONS

    THIS CAUSE came on to be heard upon the Defendant's Motion for Additional Time to File Pre-Trial Motions and Motion to Adopt Marion McLeod's Motion for Additional Time to File Pre-Trial Motions, and the Court having read the content of the Motion and being familiar with the status of the case, it is hereby

    ORDERED AND ADJUDGED that Defendant's Motion for Additional Time to Pre-Trial Motion be and the same is hereby granted. It is further,

ORDERED AND ADJUDGED that Defendant's Motion to Adopt the Motions of the Co-Defendant, MARION MCLEOD, be and the same is hereby granted. ALL MOTIONS TO BE FILED BY JANUARY 5, 2001.

DONE AND ORDERED in Chambers, this 14th day of Dec., 2000.

DISTRICT COURT JUDGE

Copies furnished:
Howard L. Greitzer, Esq.
Bruce O. Brown, Esq.
  Assistant U.S. Attorney
Timothy Day, Esq.
  Federal Public Defender's Office
David J. Joffe, Esq.
Richard F. Della Fera, Esq.
Michael G. Smith, Esq.
David Paul Hodge, Esq.

2