UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NUMBER 00-6293-CR-FERGUSON
                              MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

**DEFENDANT'S MOTION TO ADOPT CO-DEFENDANT, MARION MCCLEOD'S
MOTION TO CONTINUE AND MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, CLEMENTE ALEXIS, by and through his undersigned counsel, moves this Court to permit the Defendant to adopt the Motion To Continue and Motion For Extension Of Time filed by co-defendant, MARION MCCLEOD, on January 5, 2001 and, in support thereof, states as follows:

1. By this Motion, the Defendant seeks to adopt the Motion to Continue and Motion For Extension Of Time filed in this action by co-defendant, Marion McCleod, in order to avoid duplication of effort by the Court, the United States Attorney's Office and other defense counsel.

2. The interest of justice will best be served by the



granting of this Motion and Defendant does not see any way in which the Government could be prejudiced by the granting of same.

WHEREFORE, based upon the foregoing, Defendant respectfully requests this Honorable Court to enter an Order granting the relief requested.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 5TH day of January, 2001 to: Bruce O. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Richard F. Della Fera, Attorney for Gary Williams, Entin & Margules, 200 E Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301; Michael G. Smith, Attorney for Damon Walters; David Paul Hodge, Attorney for Curtis Jones, 727 NE 3rd Avenue, Suite 100, Fort Lauderdale, FL 33304.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 NE Third Avenue
> Fort Lauderdale, FL 33304
> Telephone: (954)467-8700
> Facsimile: (954)763-4856
>
> BY: _____
> HOWARD L. GREITZER
> FLORIDA BAR NO. 249505