UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6293-CR-FERGUSON |
| | ) | |
| VS. | ) | |
| | ) | |
| CLEMENTE ALEXIS, | ) | THIS VOLUME: |
| MARION MCCLEOD, | ) | PAGES 1 - 98 |
| JAMES ALCE, | ) | |
| GARY WILLIAMS, | ) | |
| DAMON WALTERS, AND | ) | |
| CURTIS JONES, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING AND ARRAIGNMENT HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON OCTOBER 19, 2000, IN THE ABOVE-STYLED MATTER.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

93

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE