UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NUMBER 00-6293-CR-FERGUSON
                                   MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

### MOTION FOR ORDER APPROVING CJA-21

COMES NOW the Defendant, CLEMENTE ALEXIS, by and through his undersigned counsel and files this his Motion requesting the entry of the Court Order (Line 15 of said CJA-21) approving the CJA-21 request (Authorization And Voucher For Expert And Other Services; Voucher Number FLS001402) for the expenditure of up to ONE THOUSAND DOLLARS ($1,000.00) of investigative funds at a rate of $50.00 per hour for the services of a private investigator to assist counsel and states as follows:



1. That the requisite CJA-21 was filed with the Court approximately one (1) month ago and has yet to be acted upon. A photocopy of said form is attached hereto.

2. Counsel for the Defendant needs the services of an investigator to follow-up on the documentation to perfect a discrimination claim being prepared with the assistance of the Federal Public Defender's Officer in this multi-Defendant case.

3. That many of the documents sought to be reviewed have to be hand checked and the services of the investigators of the Federal Public Defender's Office have been overwhelmed due to the extent of the task before them.

4. The investigator in this cause would be utilized to obtain and review records from the various Clerk's Offices in the state system throughout the Southern District Of Florida and provide a compilation of information to support the Defendant's theory and motion.

5. At the Calendar Call, the Court granted the defense a last continuance so that a further review and analysis could be provided to support the legal issues being presented.

6. The continuance will be meaningless unless the investigative support is authorized and provided.

WHEREFORE, the Defendant respectfully requests this Honorable Court enter the Court Order (Line 15 of the CJA-21 form) approving

the CJA request for investigative funds up to $1,000.00 at the rate of $50.00 per hour upon the grounds set forth herein.

I HEREBY CERTIFY that a copy of the foregoing has been furnished, by mail, this 7TH day of February, 2001 to: Bruce O. Brown, Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33394; Timothy Day, Federal Public Defender's Office, Attorneys for Marion McLeod, 101 NE 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301-1145; David J. Joffe, Attorney for James Alce, 2900 Bridgeport Avenue, Suite 401, Coconut Grove, FL 33133; Richard F. Della Fera, Attorney for Gary Williams, Entin & Margules, 200 E Broward Boulevard, Suite 1210, Fort Lauderdale, FL 33301; Michael G. Smith, Attorney for Damon Walters; David Paul Hodge, Attorney for Curtis Jones, 727 NE 3rd Avenue, Suite 100, Fort Lauderdale, FL 33304.

> LYONS AND SANDERS CHARTERED
> Counsel for Defendant
> 600 NE Third Avenue
> Fort Lauderdale, FL 33304
> Telephone: (954)467-8700
> Facsimile: (954)763-4856
>
> BY: _____
> HOWARD L. GREITZER
> FLORIDA BAR NO. 249505

CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| FLS | ALEXIS, CLEMENTE | | FLS 001402 |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT NUMBER |
|---|---|---|---|
| | 0:00-006293:002 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. BROWN, etal | ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F--Conspiracy To Distribute Controlled Substance

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☒ Authorization to obtain the services. Estimated Compensation and Expenses $ 1,000.00 ___ OR $50.00/hour + expenses
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____ Date 1/5/2001
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Howard L. Greitzer, Lyons & Sanders Chartered, 600 NE Third Avenue, Fort Lauderdale, FL 33304
Telephone Number: (954)467-8700

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES (See Instructions)
Preparation of statistical info from state courts to support defendant's mtn/dismiss on discriminatory grounds & prep of defense & trial of this case.

14. TYPE OF SERVICE PROVIDER
01 ☒ Investigator
02 ☐ Interpreter/Translator
03 ☐ Psychologist
04 ☐ Psychiatrist
05 ☐ Polygraph
06 ☐ Documents Examiner
07 ☐ Fingerprint Analyst
08 ☐ Accountant
09 ☐ CALR (Westlaw/Lexis, etc.)
10 ☐ Chemist/Toxicologist
11 ☐ Ballistics
13 ☐ Weapons/Firearms/Explosive Expert
14 ☐ Pathologist/Medical Examiner
15 ☐ Other Medical
16 ☐ Voice/Audio Analyst
17 ☐ Hair/Fiber Expert
18 ☐ Computer (Hardware/Software/Systems)
19 ☐ Paralegal Services
20 ☐ Legal Analyst/Consultant
21 ☐ Jury Consultant
22 ☐ Mitigation Specialist
23 ☐ Duplication Services (See Instructions)
24 ☐ Other (Specify)

15. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____
Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | |
| c. Other Expenses | | | |

### GRAND TOTALS CLAIMED AND ADJUSTED

17. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

TIN: _____
Telephone Number: _____

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM _____ TO _____

CLAIM STATUS ☐ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date _____

18. CERTIFICATION OF ATTORNEY I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____