*Trans due 1-15-0*

| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | | VOUCHER NO. FkST2001 727 |
|---|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☒ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | | 2. MAG. JUDGE DOCKET NO. | PAID BY MkE – 1/24/01 |
| 3. DISTRICT DOCKETING NO. 00-6293-CR-FERGUSON | 4. APPEALS DOCKET NO. | | 5. FOR (DISTRICT/CIRCUIT) SDFL | ACCTG CLASS NOS. |
| 6. IN THE CASE OF | UNITED STATES OF AMERICA VS. TROY BROWN | | | |
| 7. PERSON REPRESENTED ALEXIS CLEMENTE | | 8. LOCATION/ORGANIZATION CODED by CT. REP: FLSFL  D.C. | | DATE PAID 1/25/01 |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
TRIAL PREPARATION, PRETRIAL MOTIONS AND AT TRIAL

FEB - 9 2001
CLARENCE MADDOX

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

PRETRIAL HEARING HELD BEFORE MAGISTRATE JUDGE SNOW ON 10/19/2000 & ARRAIGNMENT HELD THAT MORNING AT 10:00 A.M. (Tapes #00-53 & 00-54) REGARDING MR. CLEMENTE   TApES 00-53 8/28-1236 + 00-54

MINUTES ATTCHD. LSS

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] 10/20/2000
Howard L. Greitzer   (954)467-8700

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

[signature]

1 ☒ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
A. Apportion ___ % of transcript with ___ | 14. A.
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal  ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☒ Transcriber  ☐ Other

16. FULL NAME OF PAYEE: Carl [signature]

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
U. S. Courthouse
299 E. Broward Blvd., 202B
Ft. Lauderdale, Fl. 33301

19. TELEPHONE NO. AREA CODE 954 NUMBER 769-5488

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1 – 96 | 96 | $ 3.00 | $ | $ | $ 288.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ 288.00 |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

[signature] 1-10-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

[signature]

23. TOTAL CLAIMED $ 288.00

24. APPROVED FOR PAYMENT
[signature]   1/18/01

25. AMT. APPROVED $ 288.00

Rec 1/19/01