UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NUMBER 00-6293-CR-FERGUSON
                            MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/



APR 12 200

### ORDER ON DEFENDANT CLEMENTE ALEXIS'S MOTION FOR ORDER APPROVING CJA-21

THIS CAUSE came before the Court for consideration upon the Defendant's Motion For Order Approving CJA-21, and the Court having read the content of the Motion and the previously-filed CJA-21 request for authorization to retain private investigator, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion For Order Approving CJA-21 be and the same is hereby GRANTED. Defendant is hereby authorized to obtain the services of a private investigator at the rate of $50.00 per hour for a total fee and expenses not to



exceed $1,000.00. Should additional funds be required, Defendant shall further petition the Court for authorization.

DONE AND ORDERED in Chambers, this ___ day of _____, 2001.

_____
DISTRICT COURT JUDGE

Copies furnished:
Howard L. Greitzer, Esquire
Bruce O. Brown, Esquire
Timothy M. Day, Esquire
David J. Joffe, Esquire
Richard F. Della Fera, Esquire
Michael G. Smith, Esquire
David Paul Hodge, Esquire