UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.

CLEMENTE ALEXIS,
TRAVIS BRAYBOY,
MARION MCCLEOD,
JAMES ALCE,
GARY WILLIAMS
DAMON WALTERS and
CURTIS JONES,
    Defendants.
_____/

## NOTICE

**PLEASE TAKE NOTICE** that this matter has been set for a **Change of Plea,** on **Monday, May 30, 2001** at **9:00 a.m.**, before the Honorable Wilkie D. Ferguson, Jr., United States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor, Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _1st_ day of May, 2001.

TROY T. WALKER
COURTROOM DEPUTY

cc:
Bruce Brown, AUSA, Howard Greitzer, Esq, Tim Day, AFPD, David Joffe, Esq, Richard Della Fara, Esq, Michael Smith, Esq and David Hodge, Esq.