FILED by ___ D.C.
AUG 10 01

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6293-CR-FERGUSON

DEFENDANT  CLEMENTE ALEXIS (J)  JUDGE  WILKIE D. FERGUSON

Deputy Clerk  Deloris McIntosh     DATE  8/10/01

Court Reporter  Steven Franklin    USPO  Carolyn Donville/Donald Jefferson

AUSA  Bruce Brown                  Deft's Counsel  Howard Greitzer, Esq.,

COUNTS DISMISSED  All Others

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   10 Days to Appeal

____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment   Years   Months   Counts
                       100       1       Credit for Time Served

(Supervised Release)
Probation      Years   Months   Counts
               4                 1

Comments  Participate in Drug/Alcohol treatment Program;
Maintain full-time Employment; Search of Property/Person
Recommend BOP in SD/FL

Assessment $ 100                   Fine $ 1,000  payable immediately

Restitution /Other _____

✓ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____