# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,     )
                                                    )
                       Plaintiff,     )
                                                    )
vs                                                      )
                                                    )
Troy Brown,                              )
                                                    )
                    Defendant.     )
_____ )

### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney LYNN D. ROSENTHAL.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:            

                              BRUCE BROWN
                              ASSISTANT UNITED STATES ATTORNEY
                              Florida Bar Number: 999490
                              500 East Broward Boulevard, Suite 700
                              Fort Lauderdale, Florida  33394
                              Telephone:  (954) 356-7255
                              Facsimile:  (954) 356-7336
                              E-Mail: BRUCE.BROWN@usdoj.gov



cc: DEA Robert V. Felicioni

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was mailed this December 11, 2001, to:

Louis Casuso, 111 NE 1st St, #907, Miami, FL 33132.

BRUCE BROWN
ASSISTANT UNITED STATES ATTORNEY