UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-FERGUSON

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
vs                           )
                             )
TROY BROWN, et al.           )
                             )
              Defendants.    )
_____)



### NOTICE OF ASSIGNMENT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and gives notice that the above-captioned case has been reassigned to Assistant United States Attorney Lynn Rosenthal.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3508
Facsimile: (954) 356-7336

cc: Special Agent Robert Felicioni, DEA



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 11th day of December, 2001 to:

    Louis Casuso
    111 N.E. 1st Street
    Suite 907
    Miami, Florida 33132

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY