UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK



UNITED STATE OF AMERICA,

    Plaintiff,

v.

DAMON WALTER,

    Defendants.

_____/

### CLERK'S ORDER OF MAGISTRATE JUDGE REASSIGNMENT OF A CLOSED CASE

    Pursuant to Administrative Orders 2002-2, 2002-12 2002-58, and in accordance with the Local Rules of this Court, providing for the random and equal allotment of cases, all parties to this action are noticed as follows:

    1. That the above-styled cause is hereby reassigned to Magistrate Judge William C. Turnoff, who is paired with assignee District Court Judge; and

    2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers as follows:

00-6293-CR-HUCK/TURNOFF

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.5.

    DONE at the Federal Courthouse Square, Miami, Florida, this 19th day of June, 2003.

                                  CLARENCE MADDOX,
                                  Court Administrator •Clerk of Court

                                  By: _____
                                       Deputy Clerk

c:    U.S. District Judge Huck
      Magistrate Judge Turnoff
      All counsel of record/pro se parties