PROB 12B
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. <u>00-6293-CR-Ferguson</u>



### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:   Clemente Alexis

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge
U.S. District Court, Ft. Lauderdale

Date of Original Sentence: August 10, 2001

Original Offense:   Conspiracy to Possess With Intent to Distribute Crack Cocaine Base, in violation of Title 21, U.S.C. §846, a Class "B" Felony

Original Sentence:  Sixty (60) months Bureau of Prisons followed by four (4) years Supervised Release, $1,000 fine and $100 special assessment fee. Special conditions: 1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment.  Participation may include inpatient/outpatient treatment, if deemed necessary.  The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment; 2) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer; and 3) The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

Type of Supervision: Supervised Release       Date Supervision Commenced: July 16, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

> "Defendant shall perform 50 hours of community service at a site approved by the U.S. Probation Office."

