PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65795

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-~~FERGUSON~~ Huck



FILED by _____ D.C.

MAY 0 2 2006

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S. D. OF FLA.

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Clemente Alexis  
Name of Sentencing Judicial Officer: Honorable Paul C. Huck, Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: August 10, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to possess with intent to distribute crack cocaine base, 21, U.S.C. 846 a Class B felony |
| Original Sentence: | 60 months custody of the Bureau of Prisons, followed by 4 years supervised release; a $1,000 fine and a $100 assessment fee. Special Conditions: 1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplement conditions of treatment. Participation may include inpatient/outpatient treatment if deemed necessary. The defendant will contribute to the cost of services rendered (copayment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment; 2) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements and other documentation requested by the U.S. Probation Office. On December 2, 2005, the defendant's supervision was modified as follows: Defendant shall perform 50 hours of community service at a site approved by the U.S. Probation Office. |

Type of Supervision: Supervised Release    Date Supervision Commenced: July 16, 2004

Assistant U.S. Attorney:    Defense Attorney: Howard Leslie Greitzer  
Bruce Brown

### PETITIONING THE COURT

[ ]   To issue a warrant  
[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65795

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by violating unlawfully possessing or using a controlled substance. On or about April 3, 2006, the defendant possessed marijuana as evidenced by a seizure of said marijuana by U.S. Probation Officer, John E. Minnelli. Subsequently, said contraband was confirmed positive for marijuana by Randy Hilliard, Forensic Chemist for the Broward County Florida Sheriff's Office. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be  
[X]  revoked.  
[ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 25, 2006__

John E. Minnelli  
U.S. Probation Officer  
Phone: (954) 769-5536



THE COURT ORDERS:

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[X]  The Issuance of a Summons  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

__May 2, 2006__  
Date