UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   00-6293-CR-HUCK

UNITED STATES OF AMERICA

      Plaintiff,

v.

**CLEMENTE ALEXIS**

DOB:      (J)SUMM
        Defendant.
_____/

### ORDER ON INITIAL APPEARANCE

AUSA _Mat Axelrod_    Language _____
Agent _____    Tape No. 06D - 24-50

The above-named defendant having been arrested on __SUMM__ having appeared before the court for initial appearance on __5/25/06__ and proceedings having been held in accordance with **Fed.R.Cr.P.** r. **5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____

2. AFPD- Anne Lyons appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone:_____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2006.

X 4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am _____, 2006.
   next appearance before Judge Huck

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__ , 2006.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   Stip 10K PSB

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

<u>    CLEMENTE ALEXIS    </u>

✓ a. Surrender all passports and travel document to the Pretrial Services Office.
___ b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone;
   ✓ as directed; <u>other                                                            </u>
___ c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
            On Warrant _____
            After Hearing ✓

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at <u>Miami, Florida</u> this __25TH__ day of __MAY__, 2006.

                    _____
                    STEPHEN T. BROWN
                    UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation