UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6293-CR-HUCK



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALEXIS CLEMENTE

    Defendant.

_____/

### DEFENDANT'S INVOCATION OF
### RIGHT TO SILENCE AND COUNSEL

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction, appeals or other post-trial proceedings.

    The defendant requests that the U. S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or

employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
    Anne M. Lyons
    Assistant Federal Public Defender
    Florida Bar No. 572047
    150 W. Flagler Street, Suite 1700
    Miami, FL 33130-1556
    Telephone: (305) 530-7000
    Fax: (305) 536-4559
    E-mail: anne_lyons@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via interoffice on the United States Attorney, 99 N. E. 4th Street, Miami, Florida 33132-2111, this 26th day of May, 2006.

_____
Anne M. Lyons

F:\BanksS\Miscellaneous\Mag Cases\Alexis, Clemente\Invocation.Mot