UNITED STATES DISTRICT COURT FILED BY _____ D.C.
SOUTHERN DISTRICT OF FLORIDA
2006 JUN -7 PM 3:28

MIAMI DIVISION

CASE NO.:00-6293-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CLEMENTE ALEXIS,

       Defendant.

_____/

### NOTICE OF RE-ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that

the above-captioned case has been re-assigned to Assistant Federal Public Defender Faith

Mesnekoff.  Please direct all future inquiries, pleadings and correspondence on behalf of the

Defendant Clemente Alexis to Ms. Mesnekoff.

                            KATHLEEN M. WILLIAMS
                            FEDERAL PUBLIC DEFENDER

BY: _____
        Faith Mesnekoff
        Assistant Federal Public Defender
        Florida Bar No. 0390800
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130-1556
        Tel:  305-530-7000/Fax:  305-536-4559
        faith_mesnekoff@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been

served via U.S. Mail upon Assistant United States Attorney Matthew Axelrod, 99 N.E. 4th Street,

Miami, Florida, 33132-2111 and John E. Minnelli, USPO, U.S. Probation, Duty Free Americas,

6100 Hollywood Blvd., Hollywood, FL 33024-7938 this 7th day of June, 2006.

Faith Mesnekoff

J:\Alexis, Clemente Reg5499-004\Pleadings\Notice Reassignment.wpd

# **FAXBACK LIST**

Faith Mesnekoff, AFPD
Attorney for Clemente Alexis
Federal Public Defender
150 W. Flagler Street, Suite 1700
Miami, Florida 33130
Fax: (305) 536-4559


Matthew Axelrod, AUSA
U.S. Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132-2111
Fax: (305) 530-7976


John E. Minelli, USPO
U.S. Probation
Duty Free Americas
6100 Hollywood Blvd.
Hollywood, FL 33024
Fax: (954) 967-9125