

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

### NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that the Final Revocation Hearing for the above named defendant will be held on **Friday, June 23, 2006 at 10:00 am** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    June 8, 2006

                                              Genevieve McGee
                                              Courtroom Deputy to the Honorable
                                              Paul C. Huck

cc:    Bruce Brown, AUSA (954-356-7336)
        Matthew Axelrod, AUSA (305-530-7976)
        Faith Mesnekoff, AFPD (305-536-4559)
        John Minnelli, U.S. Probation Officer