FILED by AW  D.C.
JUN 2 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE: June 23, 2006                              CASE NUMBER: 00-6293-CR-HUCK

DEFENDANT: CLEMENTE ALEXIS                       COUNSEL: Faith Mesnekoff, AFPD

AUSA: Terry Johnson                              PROB. OFFICER: John Minnelli

CLERK: Genevieve McGee                           CT REPORTER: Patricia Sanders

---

✓ Supervised Release Revocation Hearing Held;

___ Supervised Release Revocation Hearing continued to _____@_____
    at the request of government/defendant.

✓ Defendant admits violation of Supervised Release;

___ Defendant denies violation of Supervised Release;

✓ Court finds defendant violated terms of supervised release;

___ Court fails to find defendant violated terms of supervised release;

___ Court defers ruling;

___ Case taken under advisement:

___ Bond pending appeal set at $_____;

MISC: _____

_____

_____

_____

**SENTENCING**

_____ SENTENCING CONTINUED TO: _____@_____

SENTENCING TEXT: Supervised Release Modified
See Order on Final Revocation Hrg.

commenced:_____    Terminated: _____

313