|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLEMENTE ALEXIS,<br><br>    Defendant.<br>_____/ | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA<br><br>CASE NO: 00-6293-CR-HUCK<br> |

## ORDER ON FINAL REVOCATION HEARING

It appearing to the Court that on August 10, 2001, the Defendant was sentenced in the Southern District of Florida, to a term of sixty (60) months imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of four (4) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on June 23, 2006, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised as outlined in the Petition for Warrant dated May 2, 2006.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **modified** as follows:

    1. The defendant shall participate in the Home Detention Electronic Monitoring Program for **180 days**. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $3.25 per day or at the then current rate.

    2. The Defendant must comply with the community service hours previously imposed by this Court.

3. All other conditions of supervision not modified herein remain in effect.

**DONE AND ORDERED** at Miami, Florida this 23rd day of June, 2006.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:   Terry Johnson, AUSA
      Faith Mcsnekoff, AFPD
      John Minnelli, U.S. Probation Officer