PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65795



UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Alexis Clemente

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., Judge, U.S. District Court, Fort Lauderdale, Florida

Name of Re-assigned Judicial Officer: The Honorable Paul C. Huck, Judge, U.S. District Court, Miami, Florida

Date of Original Sentence: August 10, 2001

Original Offense:   Count One: Conspiracy to Possess with Intent to Distribute Crack Cocaine Base, 21 U.S.C. §46. A Class B felony

Original Sentence:   Sixty (60) months custody of the Bureau of Prisons to be followed by four (4) years supervised release. Special conditions: participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; maintain full-time legitimate employment; and submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. He was also ordered to pay a $1,000 fine and a $100 special assessment.

**12/02/2005:** Supervision modified to include fifty (50) hours of community service.

**06/23/2006:** Supervision modified to include participation in the Home Detention Electronic Monitoring program for a period of one hundred and eighty (180) days; and comply with the community service hours previously imposed by the court.

Type of Supervision: Supervised Release          Date Supervision Commenced: July 16, 2004

Assistant U.S. Attorney:                         Defense Attorney:  
Bruce Brown                                      Howard Leslie Greitzer

## PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

PROB 12C  
SD/FL (3/05)                                                         SD/FL PACTS No. 65795

NAME OF OFFENDER: CLEMENTE ALEXIS                    CASE NO: 00-6293-CR-HUCK

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring program. On July 12, 2006, the defendant was instructed on the rules and conditions of the Home Detention Electronic Monitoring program, instructing him to maintain telephone service at his place of residence. On or about August 15, 2006, the defendant's home telephone service was disconnected and remains disconnected to this date. |
| 2. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about July 24, and July 26, 2006, the defendant submitted urine specimens which tested positive for the presence of cocaine in our local laboratory, and were subsequently confirmed positive by Scientific Testing Laboratories Incorporated. |

U.S. Probation Officer Recommendation:

- [X] The term of supervision should be
- [X] revoked.
- [ ] extended for _ years, for a total term of _ years.

- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

John E. Minnelli  
U.S. Probation Officer  
Phone: (954) 769-5536

PROB 12C
SD/FL (3/05)

SD/FL PACTS No. 65795

NAME OF OFFENDER: CLEMENTE ALEXIS                    CASE NO: 00-6293-CR-HUCK

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

_____
Signature of Judicial Officer

September 1, 2006
Date