UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLEMENTE ALEXIS

    Defendant.

_____/

### NOTICE OF ASSIGNMENT

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been assigned to Assistant Federal Public Defender Sowmya Bharathi.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Sowmya Bharathi
Assistant Federal Public Defender
Court No. **A-5500997**
150 West Flagler Street, Suite 1700
Miami, Florida 33130
Tel: 305-530-7000/Fax: 305-536-4559
E-Mail: sowmya_bharathi@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida, 33132-2111, this 2$^d$ day of October, 2006.

Sowmya Bharathi

J:\Alexis, Clemente Reg55499-004\WorkingSubDirectory\Assignment_Nt.wpd

## FAX-BACK SERVICE LIST

Sowmya Bharathi
Assistant Federal Public Defender
Fax: 305-536-4559


United States Attorney's Office
Fax: 305-530-7976