UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLEMENTE ALEXIS,

    Defendant.
_____/

## DEFENDANT'S INVOCATION OF RIGHTS
## TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.

Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS  
FEDERAL PUBLIC DEFENDER

John Wylie  
Assistant Federal Public Defender  
Florida Bar No.0133817  
150 West Flagler Street, Suite 1700  
Miami, Florida 33130-1556  
Tel: (305) 530-7000  
Fax No. (305) 536-4559  
john_wylie@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this 2nd of October, 2006, to Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

John Wylie

## FAXBACK SERVICE LIST

John Wylie, Esq.
Assistant Federal Public Defender
150 West ]Flagler Street
Suite 1700
Miami, Florida 33130
Tel: (305)530-7000, ext. 150
Fax: (305)536-4559

Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel:  (305)961-9000
Fax:  (305)530-7976
Counsel for the Government