UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6293-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEMENTE ALEXIS,

    Defendant.
_____/

## NOTICE SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that a Final Revocation Hearing for the above named defendant will be held on **Friday, October 20, 2006 at 11:30 am** before the Honorable Paul C. Huck, United States District Judge, 99 NE 4th Street, Tenth Floor, Courtroom 6, Miami, Florida 33132.

DATED:    October 12, 2006

                                                 Genevieve McGee
                                                 Courtroom Deputy to the Honorable
                                                 Paul C. Huck

cc:    Lynn Rosenthal, AUSA (956-356-7336)
        Sowmya Bharathi, AFPD (305-536-4559)
        John Minnelli, U.S. Probation Officer