UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUDGE PAUL C. HUCK MINUTES OF SUPERVISED RELEASE VIOLATION HEARING

DATE:____October 20, 2006_____     CASE NUMBER: __00-6293-CR-HUCK_____

DEFENDANT: CLEMENTE ALEXIS_     COUNSEL: Sowmya Bharathi, AFPD

AUSA: Lynn Rosenthal_____     PROB. OFFICER: John Minelli_____

CLERK: __Genevieve McGee_____     CT REPORTER:__Susan Suddarth, Official__

-------------------------------------------------------------------------------------------------------------------------

__X__  Supervised Release Revocation Hearing Held;

_____ Supervised Release Revocation Hearing continued to _____@ _____
        at the request of government/defendant.

_X__  Defendant admits violation of Supervised Release;

_____ Defendant denies violation of Supervised Release;

_X___ Court finds defendant violated terms of supervised release;

_____ Court fails to find defendant violated terms of supervised release;

_____ Court defers ruling;

_____ Case taken under advisement:

_____ Bond pending appeal set at $_____;

MISC: _____

_____

_____

_____


SENTENCING

_____ SENTENCING CONTINUED TO: _____@_____


SENTENCING TEXT: BOP for 7 Months and NO supervised release to follow ; Defendant to
surrender on Monday, October 23, 2006


commenced:_____     Terminated: _____