UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO: 00-6293-CR-HUCK

    Plaintiff,

vs.

CLEMENTE ALEXIS,
Reg. No. 55499-004,
DOB: 11/21/77

    Defendant.
_____/

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE
(for Offenses Committed on or after November 1, 1987)

It appearing to the Court that on August 10, 2001, the Defendant was sentenced in the Southern District of Florida, Ft. Lauderdale Division, to a term of sixty (60) months imprisonment after the Defendant plead guilty. It was further ordered that the Defendant serve a supervised release term of four (4) years. The Defendant admitted guilt to having violated conditions of supervision.

The Defendant having now been duly brought before this Court for hearing on October 20, 2006, upon the Petition of the Probation Officer for Revocation, and it further appearing that the Defendant violated his conditions of supervised release as outlined in the Petition for Warrant or Summons for Offender Under Supervision filed on September 1, 2006.

The Defendant voluntarily admitted to having violated his conditions of supervision. The Court having made a finding that the defendant has violated his conditions of supervised release and upon stipulation by the parties, it is therefore

**ORDERED AND ADJUDGED** that the supervised release term heretofore imposed be and the same is hereby **revoked**, it being further

**ORDERED AND ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **seven (7) months**. There shall be no supervised release to follow upon release from imprisonment.

**ORDERED AND ADJUDGED** that the defendant shall surrender to the custody of the United States Marshal Service by 2:00 pm on Monday, October 23, 2006.

**DONE AND ORDERED** at Miami, Florida this 20 day of October, 2006.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Lynn Rosenthal, AUSA
Sowmya Bharathi, AFPD
John Minelli, U.S. Probation Officer
U.S. Marshals Service (3 certified)