Jones Consultant L.L.c.
P. O. Box 407065
Fort Lauderdale Florida 33040
Account No: 700601333 / 09-06-1958

Legal Consultant
10 / 30 / 06



In the Case of defendant Clemente, Alexis Case No:
00-6293 cr. Huck. Jones consultant, request payment
for service rendered. A billing for service rendered
should be mailed to the above referrence Address
Jones consultant has not receive any payment
concerning Case No: 00-6293-CR-Huck
Alexis Clemente Reg. No 55499-004 — DoB:11-21-77
Date Filed 10-30-2006

Jones Consultant
P. O. Box 407065
Fort Lauderdale Florida 33040
Account No: 700601333/09-06-1958